UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN PROCESS EQUIPMENT COMPANY, INC., ) ) ) | 04 12559 NMG |
| Plaintiff, ) ) ) | |
| v. ) ) ) | Civil Action No. |
| ATLANTIC MUTUAL INSURANCE COMPANIES, ) ) ) | |
| Defendant. ) | |

## NOTICE OF APPEARANCE OF JOHN E. TENER AND JOHN R. BAUER ON BEHALF OF ATLANTIC MUTUAL INSURANCE COMPANY

Pursuant to Local Rule 83.5.2 (a), John E. Tener and John R. Bauer, of Robinson & Cole, LLP, hereby enter their appearance in this action on behalf of Defendant Atlantic Mutual Insurance Company.

Respectfully submitted,

ATLANTIC MUTUAL INSURANCE COMPANY,
By its attorneys,

_____
John E. Tener, BBO # 563791
John R. Bauer, BBO # 630742
ROBINSON & COLE LLP
One Boston Place
Boston, MA 02108-4404
(617) 557-5900

Dated: December 6, 2004

BOST1-844443-1

## CERTIFICATE OF SERVICE

I, John R. Bauer, hereby certify that on this 6th day of December, 2004, I served a true copy of the foregoing document via first-class mail, postage prepaid, upon the following:

Noah Rosmarin, Esq.
Adkins, Kelston & Zavez, P.C.
90 Canal Street
Fifth Floor
Boston, MA 02114

John R. Bauer