| Civil **DOCKET** | DOCKET NUMBER 200458CV000708 | Trial Court of Massachusetts District Court Department |
|---|---|---|

| CASE NAME<br>AMERICAN PROCESS EQUIPMENT COMPANY, INC. vs. ATLANTIC MUTUAL INSURANCE COMPANIES | CURRENT COURT<br>Hingham District Court<br>28 George Washington Blvd.<br>Hingham, MA 02043-1002<br>(781) 749-7000 |
|---|---|

| ASSOCIATED DOCKET NO. | DATE FILED<br>11/12/2004 | DATE DISPOSED<br>00/00/0000 | |
|---|---|---|---|

| PLAINTIFF(S)<br>P01 AMERICAN PROCESS EQUIPMENT COMPANY, INC.<br>295 LINCOLN STREET<br>HINGHAM, MA 02043 | PLAINTIFF'S ATTORNEY<br>DAVID KELSTON<br>90 CANAL STREET<br>5TH FLOOR<br>BOSTON, MA 02114<br>(617) 367-1040 |
|---|---|

| DEFENDANT(S)/OTHER SINGLE PARTIES<br>D01 ATLANTIC MUTUAL INSURANCE COMPANIES<br>MELVILLE, NJ | DEFENDANT'S ATTORNEY<br>JOHN E. TENER<br>ONE BOSTON PLACE<br>BOSTON, MA 02108<br>(617) 557-5917 |
|---|---|

| NO. | ENTRY DATE | DOCKET ENTRIES |
|---|---|---|
| 1 | 11/12/2004 | Complaint filed on 11/12/2004 at Hingham District Court. |
| 2 | 11/12/2004 | Appearance for American Process Equipment Company, Inc. filed by Attorney DAVID KELSTON 90 Canal Street 5Th Floor Boston MA 02114 BBO# 267310 |
| 3 | 11/12/2004 | Filing fee of $180.00 and surcharge of $15.00 paid (G.L. c.262 §§ 2 & 4C). |
| 4 | 11/12/2004 | Statement of damages filed by P01 AMERICAN PROCESS EQUIPMENT COMPANY, INC. (Dist./Mun.Cts.Supp.R.Civ.P. 102A). |
| 5 | 11/12/2004 | Jury trial claim on all issues endorsed upon pleading by P01 AMERICAN PROCESS EQUIPMENT COMPANY, INC. (G.L. c.231 §103; Mass.R.Civ.P. 38(b)). |
| 6 | 11/12/2004 | DISMISSAL UNDER MASS.R.CIV.P. 4(j) potentially applicable on 04/01/2005 05:00 PM. |
| 7 | 11/12/2004 | DISMISSAL FOR FAILURE TO ACT ON DEFAULT UNDER JOINT STANDING ORDER 1-04 OR DIST. CT. STANDING ORDER 1-98 potentially applicable on 08/01/2005 05:00 PM. |

Page 1 of 2 | A TRUE COPY, ATTEST: | CLERK-MAGISTRATE/ASST. CLERK X *Maureen Pestucci* | DATE 12/15/04

Date/Time Printed: 12/15/2004 10:34 AM

| | | DOCKET NUMBER |
|---|---|---|
| **DOCKET CONTINUATION** | | 200458CV000708 |

| NO. | ENTRY DATE | DOCKET ENTRIES |
|---|---|---|
| 8 | 12/08/2004 | Deft's notice of filing notice of removal of action to Federal Court   Filed. (with Exhibit "1" Notice of Removal of action to Federal Court) |
| 9 | 12/08/2004 | Appearance for Atlantic Mutual Insurance Companies filed by Attorney JOHN E. TENER One Boston Place Boston MA 02108 BBO# 563791and by Attorney John R. Bauer One Boston Place Boston MA 02108 BBO#630742. |
| 10 | 12/15/2004 | Deft's Notice of Removal (from State Court to U.S. Dist. Court-04-12559 RCL) |
| 11 | 12/15/2004 | ATTESTED COPIES OF ALL PAPERS OF THE RECORDS INCLUDING DOCKET ENTRIES SENT TO U.S. DISTRICT COURT OF MA.    Notices sent to all parties |

| Page 2 of 2 | A TRUE COPY, ATTEST: | CLERK-MAGISTRATE/ASST. CLERK<br>X   *Maureen Restuccia* | DATE<br>12/15/04 |
|---|---|---|---|

Date/Time Printed: 12/15/2004 10:34 AM

COMMONWEALTH OF MASSACHUSETTS

PLYMOUTH, SS                                          HINGHAM DISTRICT COURT
                                                       CIVIL DOCKET NO. 0458CV0708

|  |  |
|---|---|
| AMERICAN PROCESS EQUIPMENT COMPANY, INC. | |
| Plaintiff, | |
| v. | |
| ATLANTIC MUTUAL INSURANCE COMPANIES | |
| Defendant. | |

```
11/12/04   1:09PM  001#9230        B
                    CIVIL      $180.00
11/12/04   1:09PM  001#9230        B
                    CIVIL SURCHARGE$15.00
11/12/04   1:09PM  001#9230        B
                    WRIT         $5.00
```

## COMPLAINT AND JURY DEMAND

### INTRODUCTION

1. In this Complaint, the plaintiff seeks damages against Atlantic Mutual Insurance Companies ("Atlantic Mutual") relative to plaintiff's claim that it suffered an insurable loss, which is covered by its policy of insurance with Atlantic Mutual. APEC has submitted timely claims for property damage to its equipment and business interruption and it has cooperated with Atlantic Mutual's investigation, if any, pursuant to the policy

### PARTIES

2. The Plaintiff, American Process Equipment Company, Inc. ("APEC") is a Massachusetts corporation. At times material to this lawsuit, APEC's

A TRUE COPY ATTEST:

_____
Assistant Clerk-Magistrate 12/13/04

principal place of business was 295 Lincoln Street, Hingham, Massachusetts.

3. Atlantic Mutual is a corporation duly formed and licensed to engage in the insurance business in this Commonwealth and has a usual place of business in, upon information and belief, Melville, New Jersey.

## FACTS

4. APEC is an engineering business that specializes in the development and manufacturing of complex energy-related equipment including, *inter alia*, parts used for the construction of nuclear power plants. APEC utilizes large, sophisticated and expensive equipment in all aspects of its business. In or around late September 2002 and on diver dates thereafter, APEC's business equipment, specifically a Vera-Table Rotary Table Setco And Control Cabinet was damaged in transit. APEC has submitted a written claim to Atlantic Mutual pursuant to its policy of insurance with Atlantic Mutual (the "Policy").

5. The Policy provides coverage for the property damage and business interruption loss claimed herein, and APEC is entitled to available insurance proceeds to compensate it for its damages.

## COUNT I: BREACH OF CONTRACT

6. Plaintiff realleges and incorporates paragraphs 1 through 5 above.

7. Atlantic Mutual has breached its contract with plaintiff, entitling plaintiff to compensation for its damages related thereto.

8. As a direct and proximate result of defendant's breach of contract,

2

A TRUE COPY ATTEST:

Maureen Costuccia
Assistant Clerk-Magistrate 12/13/04

plaintiff has been caused to suffer economic harm to be determined at trial.

WHEREFORE, the plaintiff prays by way of this Complaint for the following relief:

(i) award, on Count I, judgment to plaintiff and against Atlantic Mutual and award plaintiff its damages, statutory interest, attorneys' fees and costs; and

(ii) award such other and further relief to plaintiffs-in-counterclaim as this Court deems just and equitable.

**PLAINTIFF DEMAND A TRIAL BY JURY ON ALL COUNTS SO TRIABLE.**

Respectfully submitted,

American Process Equipment Company, Inc.,

By its attorneys,

David L. Kelston, BBO #267310
Noah Rosmarin, BBO #630632
Adkins, Kelston & Zavez, P.C.
90 Canal Street, Fifth Floor
Boston, MA 02214
(617) 367-1040

Dated: November 11, 2004

3

A TRUE COPY ATTEST:

*[signature]*
Dep Assistant Clerk-Magistrate  12/13/04

COMMONWEALTH OF MASSACHUSETTS

PLYMOUTH, SS                                          HINGHAM DISTRICT COURT
                                                      CIVIL DOCKET NO.

AMERICAN PROCESS EQUIPMENT )
COMPANY, INC.              )
                           )
         Plaintiff,        )
                           )
v.                         )
                           )
ATLANTIC MUTUAL INSURANCE  )
COMPANIES                  )
                           )
         Defendant.        )

## COUNSEL CERTIFICATION

I am attorney of record for plaintiff American Process Equipment Company, Inc. in the above-captioned action. In accordance with Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) which states in pertinent part: "Attorneys shall provide their clients with this information about court-connected dispute resolution services; discuss with their clients the advantages and disadvantages of the various methods of dispute resolution; and hereby certify their compliance with this requirement on the civil action cover sheet or it's equivalent. . ." I hereby certify that I have complied with this requirement.

A TRUE COPY ATTEST:

*Maureen Pastuccia*
Assistant Clerk-Magistrate

12/13/04

Respectfully submitted,

American Process Equipment
Company, Inc.,

By its attorneys,

*[signature]*

David L. Kelston, BBO #267310
Noah Rosmarin, BBO #630632
Adkins, Kelston & Zavez, P.C.
90 Canal Street, Fifth Floor
Boston, MA 02214
(617) 367-1040

Dated: November 11, 2004

2

A TRUE COPY ATTEST:

*[signature]*
Assistant Clerk-Magistrate 12/3/04

| STATEMENT OF DAMAGES<br>G.L. c. 218, § 19A (a) | DATE FILED (to be added by Clerk) | DOCKET NO. (to be added by Clerk) | Trial Court of Massachusetts<br>District Court Department |
|---|---|---|---|
| PLAINTIFF(S)<br>American Process Equipment Company, Inc | | DEFENDANT(S)<br>Atlantic Mutual Insurance Companies | |
| INSTRUCTIONS: THIS FORM MUST BE COMPLETED AND FILED WITH THE COMPLAINT OR OTHER INITIAL PLEADING IN ALL DISTRICT COURT CIVIL ACTIONS SEEKING MONEY DAMAGES. | | Hingham _____ DISTRICT COURT | |

| TORT CLAIMS | AMOUNT |
|---|---|
| A. Documented medical expenses to date: | |
|   1. Total hospital expenses: | $ |
|   2. Total doctor expenses: | $ |
|   3. Total chiropractic expenses: | $ |
|   4. Total physical therapy expenses: | $ |
|   5. Total other expenses (Describe): | $ |
| SUBTOTAL: | $ |
| B. Documented lost wages and compensation to date: | $ |
| C. Documented property damages to date: | $ |
| D. Reasonably anticipated future medical and hospital expenses: | $ |
| E. Reasonably anticipated lost wages: | $ |
| F. Other documented items of damage (Describe): | $ |
| G. Brief description of Plaintiff's injury, including nature and extent of injury (Describe): | |
| For this form, disregard double or treble damage claims; indicate single damages only.   TOTAL: | $ |

| CONTRACT CLAIMS | AMOUNT |
|---|---|
| Provide a detailed description of claim(s): Plaintiff seeks damages against defendant relative to its claim that it suffered an insurable loss and defendant has breached the insurance policy by failing to make proceeds available | APPROX $12,000 -<br>$ $15,000<br>$<br>$ |
| For this form, disregard double or treble damage claims; indicate single damages only.   TOTAL: | $ APPROX $12,000 - $15,000 |

| ATTORNEY FOR PLAINTIFF (OR PRO SE PLAINTIFF): | DEFENDANT'S NAME AND ADDRESS: |
|---|---|
| [Signature]   11/12/04 | Atlantic Mutual Ins. Co. |
| Noah Rosmarin   630632 | Melville, NJ |
| Print or Type Name   B.B.O.# | |
| Adkins, Kelston & Zavez, P.C.<br>Address | |
| 90 Canal St., 5th Floor<br>Boston, MA 02114 | A TRUE COPY ATTEST:<br>[signature] Maureen Patuccia<br>Dep Assistant Clerk-Magistrate 12/13/04 |