### UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| _____ | ) |  |
| **AMERICAN PROCESS EQUIPMENT** | ) |  |
| **COMPANY, INC.,** | ) |  |
|  | ) |  |
| **Plaintiff,** | ) |  |
|  | ) |  |
|  | ) |  |
| **v.** | ) | **Civil Action No. 04-12559-NMG** |
|  | ) |  |
|  | ) |  |
| **ATLANTIC MUTUAL INSURANCE** | ) |  |
| **COMPANIES,** | ) |  |
|  | ) |  |
| **Defendant.** | ) |  |
| _____ | ) |  |

### CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure and Local Rule 7.3(A),

Atlantic Mutual Insurance Company (incorrectly named in the complaint as Atlantic Mutual

Insurance Companies) discloses as follows:

Atlantic Mutual Insurance Company is a wholly owned subsidiary of Atlantic Mutual
Insurance Companies.

> **DEFENDANT,**
> **ATLANTIC MUTUAL INSURANCE**
> **COMPANY,**
> By its attorneys,
>
> /s/  John R. Bauer
> John E. Tener, BBO # 563791
> John R. Bauer, BBO # 630742
> **ROBINSON & COLE LLP**
> One Boston Place
> Boston, MA  02108-4404
> (617) 557-5900

Dated: January 5, 2005

BOST1-846880-1