UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| AMERICAN PROCESS EQUIPMENT COMPANY, INC., | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | Civil Action No. 04-12559 (NMG) |
| ATLANTIC MUTUAL INSURANCE COMPANIES, | ) ) ) ) | |
| Defendant. | ) ) | |

**DEFENDANT ATLANTIC MUTUAL INSURANCE
COMPANY'S LOCAL RULE 16.1(D)(3) CERTIFICATION**

Pursuant to the provisions of Local Rule 16.1(D)(3), defendant Atlantic Mutual Insurance Company and its counsel hereby certify that they have conferred:

(a) with a view to establishing a budget for the cost of conducting the full course and various alternative courses of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Respectfully submitted,

| ROBINSON & COLE LLP | ATLANTIC MUTUAL INSURANCE COMPANY, |
|---|---|
| /s/ John R. Bauer | |
| John E. Tener, BBO # 563791 | /s/ James O'Keefe |
| John R. Bauer, BBO # 630742 | By: James O'Keefe |
| ROBINSON & COLE LLP | Its: General Adjuster |
| One Boston Place | |
| Boston, MA 02108-4404 | |
| (617) 557-5900 | |

Dated: May 5, 2005

BOST1-855703-1