UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| AMERICAN PROCESS EQUIPMENT COMPANY, INC., | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | Civil Action No.  04-12559 (NMG) |
| ATLANTIC MUTUAL INSURANCE COMPANIES, | ) ) ) ) | |
| Defendant. | ) ) | |

**JOINT STATEMENT
PURSUANT TO LOCAL RULE 16.1**

Pursuant to Local Rule 16.1, the parties in the above action submit this Joint Statement in advance of the scheduling conference set for May 19, 2005 at 3:30 p.m.

I.   Statement Pursuant to Local Rule 16.1(B)

Counsel for the parties herein state that they have conferred pursuant to Rule 16.1(b) for the purpose of (1) preparing an agenda of matters to be discussed at the scheduling conference; (2) preparing a proposed pretrial schedule; and (3) considering whether they will consent to trial by magistrate judge.

II.   Statement Pursuant to Local Rule 16.1(C)

III.   Joint Statement Pursuant to Local Rule 16.1(D)

    A.   Joint Discovery Plan

        1.   Initial Disclosures

The parties propose that initial disclosures be made on or before June 3, 2005.

        2.   Close of Discovery

The parties propose that all discovery be completed on or before December 2, 2005.

        3.   Expert Witnesses

The parties propose that expert witnesses, if any, be identified on or before January 13, 2006, and that rebuttal experts, if any, be identified on or before January 27, 2006. The parties further propose that expert depositions be completed on or before February 24, 2006.

    B.   Proposed Motion Schedule

The parties propose that motions for summary judgment and other dispositive motions be filed on or before March 24, 2006.

    C.   Proposed Pre-Trial Conference Date

The parties propose that the Court conduct a pre-trial conference in this matter on May 1, 2006, or as soon thereafter as the Court's calendar permits.

Respectfully submitted,

| | |
|---|---|
| **PLAINTIFF,** | **DEFENDANT,** |
| **AMERICAN PROCESS EQUIPMENT COMPANY, INC.** | **ATLANTIC MUTUAL INSURANCE COMPANY,** |
| By its Attorneys, | By its Attorneys, |
| | |
| /s/ Noah Rosmarin | /s/ John R. Bauer |
| David L. Kelston, BBO #267310 | John E. Tener, BBO # 563791 |
| Noah Rosmarin, BBO # 630632 | John R. Bauer, BBO # 630742 |
| **ADKINS, KELSTON & ZAVEZ, P.C.** | **ROBINSON & COLE LLP** |
| 90 Canal Street, Fifth Floor | One Boston Place |
| Boston, MA 02114 | Boston, MA 02108-4404 |
| (617) 367-1040 | (617) 557-5900 |

Dated: May 13, 2005