UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN PROCESS EQUIPMENT COMPANY, INC.  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>ATLANTIC MUTUAL INSURANCE  )<br>COMPANIES  )<br>)<br>Defendant.  ) | Civil Action No. 2005-10029 |
| AMERICAN PROCESS EQUIPMENT COMPANY, INC.  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>ATLANTIC MUTUAL INSURANCE  )<br>COMPANIES  )<br>)<br>Defendant.  ) | Civil Action No. 2004 CV 12559 |

**PLAINTIFF'S COUNSEL'S EXPLANATION FOR HIS INADVERTENT ABSENCE FROM THE JULY 19, 2005 SCHEDULING CONFERENCE**

Plaintiff's counsel learned yesterday, July 20, 2005, that a scheduling conference occurred in the above-captioned actions and the Court, rightfully, requested an explanation from undersigned counsel explaining his absence from the scheduled court event. As an initial matter, undersigned counsel wishes to express his sincere apology to this Honorable

Court and to defendant's counsel for not appearing at the conference, which was a result of inadvertence. As a further explanation, undersigned counsel states as follows:

1. On several occasions during the past few months undersigned counsel's firm's email system was inoperative leading to several emails not being received by undersigned counsel. While undersigned counsel received notice of the July 19, 2005 scheduling conference in the 2005-10029 matter and had communicated with defendant's counsel regarding this matter, undersigned counsel did not receive notice of and was unaware that a scheduling conference had also been scheduled for July 19th in the 2004 CV 12559 matter.

2. On July 18, 2005, undersigned counsel received a notice from the Court that the scheduling conference was being rescheduled. Because undersigned counsel was aware that only one of the above-matters was scheduled for a conference on July 19th, and because undersigned counsel hastily read this email, he was unaware that the Court was consolidating the two scheduling conferences to be heard at the same time. Undersigned counsel thought (mistakenly) that the scheduling conference was being postponed for another date and did not appear in court on July 19, 2005.

3. Undersigned counsel emphasizes that he is very sorry and embarrassed for not appearing before this Honorable Court on July 19, 2005, that his absence was an oversight for which he takes full responsibility and that this was not done intentionally.

Respectfully submitted,

American Process Equipment
Company, Inc.,

By its attorneys,

_____
Noah Rosmarin, BBO #630632
Adkins, Kelston & Zavez, P.C.
90 Canal Street, Fifth Floor
Boston, MA 02214
(617) 367-1040

Dated: July 21, 2005

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the
above document was served upon the
attorney of record for each other party
by mail (by hand) on this date 7/21/05

3

# ADKINS, KELSTON & ZAVEZ, P.C.

| | | |
|---|---|---|
| TELEPHONE<br>617-367-1040 | ATTORNEYS AT LAW<br>90 Canal Street, Fifth Floor<br>Boston, MA 02114 | WEBSITE<br>www.akzlaw.com |
| FACSIMILE<br>617-742-8280 | | E-MAIL<br>akz@akzlaw.com |

July 21, 2005

Mr. Craig Nicewicz
Clerk for the Honorable Nathaniel M. Gorton
United States District Court for
   the District of Massachusetts
One Courthouse Way
Boston, Massachusetts 02110

RE:   American Process Equipment Company, Inc. v. Atlantic Mutual
        United States District Court, Civil Action Nos. 2005-10029
        <u>and 2004 CV 12559 (NMG)</u>

Dear Mr. Nicewicz:

     Enclosed please find *Plaintiff's Counsel's Explanation for His Inadvertent Absence from the July 19, 2005 Scheduling Conference.* As I hope I have explained adequately in the enclosed pleading, my absence from the July 19, 2005 scheduling conference was entirely inadvertent and I sincerely apologize to this Honorable Court and defendant's counsel for not appearing in court for the July 19, 2005 hearing.

     Thank you.

Very truly yours,

Noah Rosmarin

enclosure

cc:   John R. Bauer, Esquire (w/enc.)