UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| AMERICAN PROCESS EQUIPMENT COMPANY, INC., | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | Civil Action No. 04-12559 (NMG) |
| ATLANTIC MUTUAL INSURANCE COMPANIES, | ) ) ) ) | |
| Defendant. | ) ) | |

**DEFENDANT ATLANTIC MUTUAL INSURANCE
COMPANY'S REVISED LOCAL RULE 16.1(D)(3) CERTIFICATION**

Pursuant to the provisions of Local Rule 16.1(D)(3) and the order of this Court issued during the July 19, 2005 Scheduling Conference, defendant Atlantic Mutual Insurance Company and its counsel herby submit this revised certification that they have conferred with respect to the above-captioned case and Civil Action No. 1:05-cv-10029 between these same two parties :

(a) with a view to establishing a budget for the cost of conducting the full course and various alternative courses of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

BOST1-865212-1

Respectfully submitted,

| **ROBINSON & COLE LLP** | **ATLANTIC MUTUAL INSURANCE COMPANY,** |
|---|---|
| /s/ John R. Bauer | /s/ James O'Keefe |
| John E. Tener, BBO # 563791 | By: James O'Keefe |
| John R. Bauer, BBO # 630742 | Its: General Adjuster |
| ROBINSON & COLE LLP | |
| One Boston Place | |
| Boston, MA 02108-4404 | |
| (617) 557-5900 | |

August 10, 2005