UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN PROCESS EQUIPMENT COMPANY, INC., <br><br> Plaintiff, <br><br> v. <br><br> ATLANTIC MUTUAL INSURANCE COMPANY <br><br> Defendant. | Civil Action No.  04-12559 (NMG) <br> 05-10029 (NMG) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41 (a)(1), American Process Equipment Company, Inc. and Atlantic Mutual Insurance Company hereby stipulate to dismissal with prejudice of all claims in the above-captioned action, and without costs assessed against any party, each party to bear its own attorneys' fees.

Respectfully submitted,

| | |
|---|---|
| **PLAINTIFF,** <br> **AMERICAN PROCESS EQUIPMENT** <br> **COMPANY, INC.,** | **DEFENDANT,** <br> **ATLANTIC MUTUAL INSURANCE** <br> **COMPANIES,** |
| By its attorneys, | By its attorneys, |
| /s/ Noah Rosmarin <br> David L. Kelston, BBO # 267310 <br> Noah Rosmarin, BBO # 630632 <br> ADKINS, KELSTON & ZAVEZ, P.C. <br> 90 Canal Street, Fifth Floor <br> Boston, MA 02114 <br> (617) 367-1040 | /s/ John R. Bauer <br> John E. Tener, BBO # 563791 <br> John R. Bauer, BBO # 630742 <br> ROBINSON & COLE, LLP <br> One Boston Place <br> Boston, MA  02108 <br> (617) 557-5900 |

Dated: January 20, 2006

BOST1-878397-1